
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01972-BNB

JOSEPH J. FLEMING, Reg. No. 19956-047,

    Plaintiff,

v.

FNU MNU CAMACHO, Physician Assistant,
FNU MNU CURTIS, Physician Assistant,
FNU MNU TERNANSKY, Correctional Officer,
FNU MNU JOHNSON, Food Service Worker,
FNU MNU SEARS, Food Service Worker, and
FNU MNU KELLAR, Physician Assistant,
(All Defendants being sued in their official and individual capacities, all being part of the correctional staff at the prison complex at Florence, Colorado.)

    Defendants.

---

### ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED October 30, 2009, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 0 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01972-BNB

Joseph J. Fleming
Reg No. 19956-041
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/30/09

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk