IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J.  FLEMING,

Plaintiff,

v.

FNU MNU  CAMACHO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Motion to Amend Complaint Under Fed. R. Cvi. P. 15(c)(2) is denied without prejudice.  Plaintiff did not submit a proposed Second Amended Complaint which includes the claims contained in the Amended Complaint and the claims he seeks to add.

Date: December 7, 2009