IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J. FLEMING,

Plaintiff,

v.

FNU MNU CAMACHO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Plaintiff's Motion to File Second Amended Complaint Under Fed. R. Civ. P. 15(c)(2) (docket no. 38) is GRANTED. The Second Amended Complaint is accepted for filing as of the date of this minute order.

Date:  February 2, 2010