IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J.  FLEMING,

Plaintiff,

v.

FNU MNU  CAMACHO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the ***Defendants' Motion to Reset Scheduling Conference and to Amend Docket Number 45***, (DN 48), filed with the Court on February 19, 2010, is **GRANTED**.  The scheduling conference set on April 19, 2010, at 9:30 a.m., is VACATED and **RESET** on **April 21, 2010, at 9:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Plaintiff (currently incarcerated) shall attend this conference by telephone and the case manager/inmate coordinator shall ensure the availability of the plaintiff for this scheduling conference and initiate a conference call to the Court's phone number (303) 844-2403 on the date and time set forth above.

It is FURTHER ORDERED that no later than April 15, 2010, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures.  An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to:  Watanabe_Chambers@cod.uscourts.gov.

Date:  March 1, 2010