# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1972-WYD-MJW

JOSEPH J. FLEMING,

    Plaintiff,

    v.

DR. C.L. POLLAND,
FNU MNU CAMACHO,
FNU MNU CURTIS, and
UNKNOWN SUPERVISOR, ADX Florence,

    Defendants.

---

## ORDER GRANTING
## DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION
(DN 54)

It is hereby ORDERED that Defendants' Motion for Leave to Take Deposition, DN 54, filed with the Court on March 10, 2010, is GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) at the Federal Correctional Institution - Fort Worth.

DATED THIS 15TH DAY OF MARCH, 2010

                              BY THE COURT:

                              s/Michael J. Watanabe

                              MICHAEL J. WATANABE
                              Magistrate Judge
                              United States District Court