IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J.  FLEMING,

Plaintiff,

v.

FNU MNU  CAMACHO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion Requesting Protective Order Under Fed. R. Civ. Proc.26(c) to Delay the Oral Deposition Request of Defendants **(Docket No. 71)** is **denied**.  Plaintiff's deposition shall go forward as scheduled on May 4, 2010, or as otherwise scheduled by the parties.

This action was commenced over eight months ago, and discovery and dispositive motion deadlines have been set by this court in a Scheduling Order filed on April 21, 2010.  (Docket No. 69).  Plaintiff has not established a basis for delaying this case by postponing his deposition for five months.  Plaintiff has already had adequate time to seek counsel in this matter.  In addition, plaintiff has made no showing that his participation in a drug treatment program prevents him from going forward with the deposition as scheduled.  Furthermore, given the court's order granting defendants' motion for leave to take deposition (Docket No. 57) and the fact that the plaintiff's deposition concerns a civil action brought by the plaintiff against prison officials, there is no basis for plaintiff's concern that he will be perceived as a "snitch" if he attends his deposition.

Date: April 28, 2010