IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J.  FLEMING,

Plaintiff,

v.

CAMACHO,
CURTIS, and
DR. C.L. POLLAND,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

 It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion to File Third Amended Complaint Under F.R.Civ. Proc.[sic] 15(c)(2) (docket no. 92) is MOOT and therefore ORDERED WITHDRAWN.  The Pro Se Incarcerated Plaintiff has subsequently filed a new Motion for Leave to File Plaintiff's Fourth Amended Complaint Late (docket no. 99) and therefore docket no. 92 is MOOT.

Date:  July 29, 2010