**IN THE UNITED STATES DISTRICT COURT**
                       **FOR THE DISTRICT OF COLORADO**
                     **Magistrate Judge Michael J. Watanabe**

**Civil Action No.** 09-cv-01972-WYD-MJW      FTR - Courtroom A-502

**Date:** August 20, 2010      Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JOSEPH J. FLEMING, #19956-047 | Pro Se (by telephone) |
| Plaintiff(s), | |
| v. | |
| DR. C.L. POLLAND, and FNU MNU CAMACHO, | Amy L. Padden |
| Defendant(s). | |

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: **MOTION HEARING**
**Court in Session:** 2:30 p.m.
Court calls case. Appearance of *Pro Se* Plaintiff and of defense counsel.

The Court raises Defendants' Motion to Compel Plaintiff to Complete his Deposition and for Expedited Consideration for argument.

**It is ORDERED:**      Defendants' MOTION TO COMPEL PLAINTIFF TO COMPLETE HIS DEPOSITION AND FOR EXPEDITED CONSIDERATION [Docket No. **122,** Filed August 16, 2010] is **GRANTED** for reasons as set forth on the record.

                             Plaintiff shall proceed with the continuation of his deposition as noticed for August 24, 2010. Deborah Locke may be present.

                             Plaintiff shall provide the names of any and all inmates who have helped and are helping him with this civil action.

Plaintiff is advised that should he not fully cooperate in the deposition, the Court may impose sanctions which may include dismissal of the case.

Defendants request an extension of time to serve discovery responses from Dr. Polland.

*09-cv-01972-WYD-MJW*
*Motion Hearing*
*August 20, 2010*

**It is ORDERED:** Discovery responses from defendant Dr. C. L. Polland shall be completed **on or before AUGUST 25, 2010.**

Hearing concluded.

**Court in recess:** 2:38 p.m.
Total In-Court Time 00: 08

To order a transcript of this proceedings, contact Avery Wood Reports (303) 825-6119 or Toll Free 1-800-962-3345.