IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-1972-WYD-MJW

JOSEPH J. FLEMING,

    Plaintiff,

v.

DR. C.L. POLLAND, and
FNU MNU CAMACHO,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO COMPLETE HIS DEPOSITION AND FOR EXPEDITED CONSIDERATION**
( Docket No. 122 )

---

This matter is before the Court on Defendants' Motion to Compel Plaintiff to Complete his Deposition and for Expedited Consideration. Upon consideration of the motion, the Court finds that it should be GRANTED. Plaintiff shall participate in his deposition on August 24, 2010, or on another date as scheduled by Defendants. Agency counsel for the Bureau of Prisons may be present for the deposition. Plaintiff shall answer any questions posed by defense counsel, including disclosing the names of other inmates. Plaintiff is warned that the failure to participate in his deposition may result in the dismissal of his case.

DATED: August 20th, 2010

                              MICHAEL J. WATANABE
                              U.S. MAGISTRATE JUDGE
                              DISTRICT OF COLORADO