IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01972-WYD-MJW

JOSEPH J. FLEMING,

    Plaintiff,

v.

DR. C.L. POLLAND, Director,
FNU MNU CAMACHO, Physician's Assistant,
UNKNOWN SUPERVISOR, ADX Florence,

    Defendants.

## ORDER

THIS MATTER is before the Court on a review of the Courtroom Minutes/Minute Order of Magistrate Judge Watanabe filed July 16, 2010. It is recommended therein that Defendant "Unknown Supervisor" be dismissed with prejudice pursuant to Plaintiff's oral motion to voluntarily dismiss this Defendant made at the hearing on July 16, 2010. I concur with the recommendation. Accordingly, it is

ORDERED that the recommendation made by Magistrate Judge Watanabe in the Courtroom Minutes/Minute Order of July 16, 2010 (ECF No. 102) is **AFFIRMED AND ADOPTED**. Defendant "Unknown Supervisor, ADX Florence" is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated: September 2, 2010

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge