IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J.  FLEMING,

Plaintiff,

v.

CAMACHO,
CURTIS, and
DR. C.L. POLLAND,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Plaintiff's Second Motion for Extension of Plaintiff's Expert Disclosure Deadline (docket no. 136) is GRANTED as follows.  The Pro Se Plaintiff shall be given up to and including November 1, 2010 to disclose his experts.  Defendants shall have up to and including November 30, 2010, to disclose their experts.  Rebuttal experts shall be disclosed by December 15, 2010.  The deadline to complete discovery is still January 3, 2011.  The Final Pretrial Conference is still set on January 20, 2011 at 9:30 a.m.  There will be no further extensions of time for expert disclosure. The deadline to file dispositive motions is still February 1, 2011.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  October 4, 2010