**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  09-cv-01972-WYD-MJW             FTR - Courtroom A-502

**Date:**  December 08, 2010                          Courtroom Deputy, Ellen E. Miller

         *Parties*                                     *Counsel*

JOSEPH J. FLEMING,                                   Pro Se (by telephone)


         Plaintiff(s),

v.

DR. C. L. POLLAND,                                   Amy L. Padden
RONALD CAMACHO, and
UNITED STATES OF AMERICA,

         Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   SETTLEMENT PLACED ON RECORD**
**Court in session:**  3:15 p.m.
Court calls case. Appearances of *Pro Se* Plaintiff and defense counsel. Also present are Mustafa Hursi and Deborah Locke.

The Settlement Agreement is reviewed and placed on the record. The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

The settlement agreement is between the plaintiff and the individual defendants Dr. C. L Polland and Ronald Camacho.

**It is ORDERED:**    The Settlement Agreement is approved.

**It is ORDERED:**    Parties shall file a Stipulated Motion to Amend Complaint and a proposed Fourth Amended Complaint to reflect Plaintiff Joseph J. Fleming and Defendant United States of America no later than **FEBRUARY 28, 2011.**

**It is ORDERED:**    A Stipulated Motion to Dismiss with prejudice to dismiss the individual defendants shall be filed to the Court **on or before FEBRUARY 28, 2011.**

**It is ORDERED:** All further hearings and settings before Magistrate Judge Watanabe are VACATED, including the Final Pretrial Conference set JANUARY 10, 2011 at 9:30 a.m.

Plaintiff verifies his contact information with the Court.  The Clerk of the Court is directed to amend the Plaintiff's address and telephone number in the court's CM/ECF system.

Plaintiff's telephone number:   (402) 612-7408

Plaintiff's current address:    3616 Vinton Street
Omaha, NE 68105

For use by the defendant, Plaintiff's e-mail address is    jjfleming81@gmail.com

**It is ORDERED:** Defendants' MOTION FOR INVOLUNTARY DISMISSAL [Docket No. **88**, filed June 24, 2010] is **denied as moot, without prejudice.**

**It is ORDERED:** Defendants' MOTION TO DISMISS THIRD AMENDED COMPLAINT BY DR. POLLAND [Docket No. **140**, Filed October 04, 2010] is **denied as moot, without prejudice.**

Hearing concluded.
**Court in recess:**   3:28 p.m.
Total In-Court Time: 00:13

The Court spent a total of 4 hours and 13 minutes   preparing for and conducting this settlement conference  and  placing the settlement agreement on the record.