IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J. FLEMING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Stipulated Motion for Leave for Plaintiff to File Fourth Amended complaint, DN 152, filed with the Court on December 10, 2010, is GRANTED.   The Fourth Amended Complaint (152-1) is accepted for filing as of the date of this order.

It is FURTHER ORDERED that the Clerk shall change the defendants named in CM/ECF and on the Court''s docket to reflect the remaining defendant in this action, which is now:   "UNITED STATES OF AMERICA".

Date:  December 14, 2010