IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01972-WYD-MJW

JOSEPH J. FLEMING,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that Defendant's Motion to Dismiss Third Amended Complaint by the Untied States of America (docket no. 150) is WITHDRAWN since this case was settled at the settlement conference held before Magistrate Judge Watanabe on December 9, 2010.

Date:  December 15, 2010