IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01972-WYD-MJW

JOSEPH J. FLEMING,

     Plaintiff,

v.

DR. C.L. POLLAND, Director,
FNU MNU CAMACHO, Physician's Assistant,

     Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal filed December 23, 2010.  The motion seeks a dismissal of the case with prejudice pursuant to a settlement of this matter.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion for Dismissal (ECF No. 158) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorneys' fees and costs.

     Dated:  December 28, 2010

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    United States District Judge